**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      Albert  Morris v. Wells Fargo Bank

Appellate case number:   01-19-00610-CV

Trial court case number:  15-DCV-221475

Trial court:                   434th District Court of Fort Bend County

Appellant's motion for rehearing regarding the denial of his motion for an extension of time to file a motion for en banc reconsideration is DENIED.

It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau_____
                                        Acting for the Court

Panel consists of Justices Lloyd, Goodman, and Landau

Date:   ___October 13, 2020_____